## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ELSA DELVIA CUELLAR BANOS<br><br>Petitioner,<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement;<br><br>MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement;<br><br>TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security;<br><br>DORA CASTRO, in her official capacity as Warden of the Otero County Processing Center;<br><br>and<br><br>TODD BLANCHE, in his official capacity as Acting United States Attorney General<br><br>Respondents. | Case No. 2:26-cv-796-WJ-LF<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

1

Before the Court is a Joint Motion to Dismiss without Prejudice. *See* **Doc. 8**. After reviewing the record, the Court finds that dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a) is appropriate. Pursuant to Tenth Circuit precedent, the petition is dismissed without prejudice upon filing of a motion compliant with Rule 41(a)(1). *Netwig v. Georgia Pacific Corp.*, 375 F.3d 1009, 1011 (10th Cir. 2004). Accordingly, the joint motion **[Doc. 8]** is **GRANTED**.

It is **ORDERED** that Petitioner's petition for writ of habeas corpus is **DISMISSED without prejudice**.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE